UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| T & L ENTERPRISES, INC., an Idaho corporation,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>TURNER ENGINEERING COMPANY, a/k/a TECO, a/k/a Turner Engineering & Manufacturing Co., an Oregon corporation,<br><br>　　Defendant. | NO. CV-06-0170-JLQ<br><br>**ORDER OF DISMISSAL** |

　　Pursuant to the stipulation of the parties (Ct. Rec. 39) filed December 20, 2007, **IT IS HEREBY ORDERED** that the above entitled cause of action is hereby dismissed with prejudice and without the award of attorney's fees or costs to either party.

　　The Clerk is hereby directed to enter this Order, enter judgment of dismissal, furnish copies to counsel, and close this file.

　　**DATED** this 20th day of December, 2007.

　　　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1