AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

T & L ENTERPRISES, INC., an Idaho corporation,

                Plaintiff,

                v.

TURNER ENGINEERING COMPANY, an Oregon corporation, a/k/a TECO, a/k/a Turner Engineering & Manufacturing Co., an Oregon corporation,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-170-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED that the above entitled cause of action is hereby dismissed with prejudice and without the award of attorney's fees or costs to either party.

| | |
|---|---|
| December 20, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Stevie Perry |
| | *(By) Deputy Clerk* |
| | Stevie Perry |